**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6926**

JONATHAN JAMES NEWELL,

Plaintiff - Appellant,

v.

PAUL NEWBY, Chief Justice, North Carolina Supreme Court; LINDA MCGEE, Chief Judge, North Carolina Court of Appeals; MARION WARREN, Director, Administrative Office of the Courts; DANIEL M. HORNE, JR., Clerk of Court, North Carolina Court of Appeals,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:22-ct-03091-D)

Submitted:  March 29, 2024                          Decided:  May 10, 2024

Before NIEMEYER and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jonathan James Newell, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jonathan James Newell appeals the district court's orders denying relief on his remaining 42 U.S.C. § 1983 claim under 28 U.S.C. § 1915(e)(2)(B) and denying his motion for reconsideration.* We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Newell v. Newby*, No. 5:22-ct-03091-D (E.D.N.C. Mar. 9, 2023; Sept. 6, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

* We previously remanded to the district court for consideration of the unresolved claim that Newell "was not provided proper notice to pay the fee for certified copies prior to the rejection of his state appeal." *Newell v. Newby*, No. 22-6766, 2022 WL 17959824, at *1 (4th Cir. Dec. 27, 2022). This appeal follows the district court's denial of relief on that claim.